# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| Yellow Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Overhead Door Corporation dba Overhead Door of Dallas,<br><br>Defendant. | Adv. No. 25-51530 |

## CERTIFICATE OF SERVICE

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this *Notice of Dismissal of Adversary Proceeding* was made on November 13, 2025, via

| X | Electronic mail, addressed to:

Counsel for Defendant
Terence J. Hobbs, Esq.
Overhead Door Corporation
Email: Terence_Hobbs@overheaddoor.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 13, 2025         /s/ *Jean Esslinger*
                                 Jean Esslinger
                                 ASK LLP
                                 2600 Eagan Woods Drive, Suite 400
                                 Saint Paul, MN 55121